# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Gary Fedor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 4:09-857-TLW |
| vs. ) | |
| ) | **ORDER** |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |
| _____) | |

On May 18, 2011, Counsel for the Plaintiff, Gary Fedor, filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b). The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $29,384.50, which amounts to twenty-five percent of the past-due benefits withheld by the Social Security Administration for attorney's fees. The defendant has indicated in his response to plaintiff's motion that he does not oppose plaintiff's motion for attorney's fees. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly, **IT IS ORDERED** that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. §406(b), is granted in the amount of $29,384.50.

**IT IS SO ORDERED.**

                                             s/ Terry L. Wooten
                                             TERRY L. WOOTEN
                                             UNITED STATES DISTRICT COURT JUDGE

September 15, 2011
Florence, SC